1   BESS M. BREWER, #100364
    LAW OFFICE OF
2   BESS M. BREWER & ASSOCIATES
    1023 H Street, Suite B5
3   Sacramento, CA 95814
    Telephone: (916) 448-8600
4   Facsimile: (916) 448-8605

5   Attorneys for Plaintiff

6

7

8
                  IN THE UNITED STATES DISTRICT COURT
9
                  EASTERN DISTRICT OF CALIFORNIA
10
    **CHARLES F. TUTTLE**          )        **CIV-07-1487 GGH**
11  **xxx-xx-3509**                )
                                   )
12                                 )
                                   )        **STIPULATION AND ORDER**
13          **Plaintiff,**         )        **EXTENDING PLAINTIFF'S TIME TO**
                                   )        **FILE MEMORANDUM IN SUPPORT**
14  **v.**                         )        **OF SUMMARY JUDGMENT**
                                   )
15  **MICHAEL J. ASTRUE**          )
    **Commissioner of Social Security** )
16  **of the United States of America,** )
                                   )
17          **Defendant.**         )
                                   )
18  _____ )

19
            IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the
20
    permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment in
21
    this case is hereby extended from March 3, 2008 to April 25, 2008.  This is plaintiff's first extension and
22
    is required due to plaintiff's counsel's very heavy briefing schedule and scheduled vacation out of the
23
    country beginning April 3, 2008.
24

25

26
    / / / /
27
    / / / /
28
    / / / /

                                        1

1

2   Dated: February 25, 2008            */s/Bess M. Brewer*
                                        BESS M. BREWER
3                                       Attorney at Law

4                                       Attorney for Plaintiff

5

6
    Dated: February 25, 2008            McGregor W. Scott
7
                                        United States Attorney
8
                                        */s/ Peter Thompson*
9                                       PETER THOMPSON

10                                      Special Assistant U.S. Attorney
                                        Social Security Administration
11
                                        Attorney for Defendant
12

13                                      **ORDER**

14
    APPROVED AND SO ORDERED.
15
    DATED: 02/29/08                     /s/ Gregory G. Hollows
16                                      U.S. MAGISTRATE JUDGE

17   tuttle.eot

18

19

20

21

22

23

24

25

26

27

28