1  BESS M. BREWER, #100364
   LAW OFFICE OF
2  BESS M. BREWER & ASSOCIATES
   1023 H Street, Suite B5
3  Sacramento, CA 95814
   Telephone: (916) 448-8600
4  Facsimile: (916) 448-8605

5  Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHARLES F. TUTTLE** <br> xxx-xx-3509 <br><br> Plaintiff, <br><br> v. <br><br> **MICHAEL J. ASTRUE** <br> **Commissioner of Social Security** <br> **of the United States of America,** <br><br> Defendant. | CIV-07-1487 GGH <br><br> **STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE MEMORANDUM IN SUPPORT OF SUMMARY JUDGMENT** |

    IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment in this case is hereby extended from April 25, 2008 to May 2, 2008.  This isextension and is required due to plaintiff's counsel's very heavy briefing schedule and the hospitalization of her mother on April 22, 2008.

/ / / /

/ / / /

/ / / /

1

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: April 23, 2008 | /s/Bess M. Brewer |
| 3 | | BESS M. BREWER |
| | | Attorney at Law |
| 4 | | Attorney for Plaintiff |

Dated: April 24, 2008    McGregor W. Scott

United States Attorney

/s/ *Peter Thompson*
PETER THOMPSON
Special Assistant U.S. Attorney
Social Security Administration

Attorney for Defendant

**ORDER**

APPROVED AND SO ORDERED.

DATED: 05/02/08        /s/ Gregory G. Hollows

_____
GREGORY G. HOLLOWS
U.S. MAGISTRATE JUDGE

tuttle.eot2